```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 05 B 01526
   AUDREY R BROWN
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8433

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/18/2005 and was confirmed 03/16/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

     The case was paid in full 05/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
CITIFINANCIAL MORTGAGE C  CURRENT MORTG   73669.68           .00       73669.68
CITIFINANCIAL MORTGAGE C  MORTGAGE ARRE    7141.60           .00        7141.60
AMERICAN EXPRESS TRAVEL   UNSECURED        1065.34           .00         213.07
CHASE BANK USA            UNSECURED       12755.28           .00        2551.06
ECAST SETTLEMENT CORP     UNSECURED       11548.53           .00        2309.71
BANK ONE                  UNSECURED      NOT FILED           .00             .00
DISCOVER FINANCIAL SERVI  UNSECURED       12551.67           .00        2510.33
WORLD FINANCIAL NETWORK   UNSECURED         180.01           .00          36.00
FIFTH THIRD BANK          UNSECURED      NOT FILED           .00             .00
ORKIN                     UNSECURED      NOT FILED           .00             .00
SAMS CLUB GE CAPITAL      UNSECURED      NOT FILED           .00             .00
SONIC PAYDAY COM          UNSECURED      NOT FILED           .00             .00
ROUNDUP FUNDING LLC       UNSECURED        8612.82           .00        1722.56
T MOBILE                  UNSECURED      NOT FILED           .00             .00
VERIZON WIRELESS          UNSECURED      NOT FILED           .00             .00
WAL MART STORES INC       UNSECURED      NOT FILED           .00             .00
PETER FRANCIS GERACI      DEBTOR ATTY     2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                       5,553.99
DEBTOR REFUND             REFUND                                        1,176.74

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               99,584.74

PRIORITY                                            .00
SECURED                                       80,811.28
UNSECURED                                      9,342.73
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                           5,553.99
DEBTOR REFUND                                  1,176.74

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 01526 AUDREY R BROWN
```

```
                            ---------------      ---------------
TOTALS                         99,584.74            99,584.74
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 08/27/08            _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE



                         PAGE   2
          CASE NO. 05 B 01526 AUDREY R BROWN